UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL CHRISTOPHER HOLMES,

              Petitioner,

v.

CHRISTOPHER LANESE,

              Respondent.

No. 3:19-CV-05027-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 4], Petitioner Holmes' Objections [Dkt. #], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) Holmes' habeas petition under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE**.

(3) The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Reccomendation.

The Clerk shall send copies of this Order to Holmes' last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 21st day of February, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1